IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTINI FAMILY TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES W. SCHARF, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-08752-MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

　　By order filed concurrently herewith, the following cases were consolidated for all purposes: (1) Himstreet v. Scharf, Case No. 3:20-cv-08750-MMC; (2) Montini Family Trust, v Scharf, Case No. 3: 20-cv-08752-MMC; and (3) Cotton v. Scharf, Case No. 3:20-cv-09169 MMC.  Said order further provides that "[t]he files of the Consolidated Action shall be maintained in one file under Master File No. 3:20-cv-08750-MMC."  (See Order to Consolidate, filed February 16, 2021, at 2:13-14.)

　　In light of the consolidation, the Court hereby CLOSES Case No. 3:20-cv-08752-MMC for statistical purposes only.

　　Nothing contained in this order shall be considered a dismissal or disposition of any action or of any claim made within Case No. 3:20-cv-08752-MMC.  Should further proceedings become necessary or desirable in Case No. 3:20-cv-08752-MMC, any party may initiate them in the same manner as if this order had not been entered.

　　**IT IS SO ORDERED.**

Dated: February 16, 2021

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge